The State of Texas

Trial Court Cause No. 1404673

—vs—

Weylin W Alford

91-14-00822-CR

---

APPEALED to the Court of Appeal for the First District of Texleday Houston, Tex

1ST COURT OF APPEALS
HOUSTON, TEXAS

APR - 7 2015

CHRISTOPHER A. PRINE
CLERK

## Motion for Extension of Time / (because) Default

The Appellant's move this Court for a judgment by: Extension of time / Default in this Action, And show that the complaint in the Above case was filed in this Court on the 1st day of April, 2015 (filed);

### I.

This Notice is hereby given that I, Weylin W Alford (TDCJ) 0198D499 / Appellant in Above case was tranferred from Harris County to Texas Department of Criminal Justice / TDCJ on the 4th day of March, 2015 to (Byrd Unit) Fm 21 247 Hustiville. Tx 77320;

A). That Also: I, Weylin W Alford #0198D499 / Appellant on the 20th day of March Recived Notification from Court (that) on the 12th March Appellant / Weylin W Alford was granted to proceed Pro-se in Custody;

B). Also That: Upon Leaving Harris County (Default) I in closed 5 Man. Env. with all legal Documentation with stamps (27) 4 (Env.) with at least 5 (sta.) A piece find 1 (sta.) with 7 stamp; (To Mail)

C). Once to (Byrd Unit) + speaking to Rank / LT Garza + other DO/CO even other Employee of the State (such As) Property Manger Mrs Franklin / Mrs Richerson / Mrs. Z even other Ranking Offical About property (5 Man. Env. with 27 stamp) / All legal Documentation AND WAS Denied;

### II.

A). Now, under Texas Department of Criminal Justice Offender Orietation Handbook As Approved by the Director of The Justice Correctional Institutions Division (Sec) II Offender Personal legal Material (Part) A Storage and Access: Offenders May



● store their Personal legal Materials in Their Cells or dormitories in Accordance with AD-0372 offender Property and Access : offender legal Materials (Sec) 1/2 Also (Sec) III When/Where legal work May be performed (Part) A Location and Times 1/2 (Then) Sec B offenders Assisting other offender on legal Matter (Part) 1/2/3/4 should be Allow All legal Material (Check Grievance included Step I) then Step II ;

B). Both procedure/protocal on inmate behalf was followed (but) on officials behalf vidation of Federal Poicly/procedure/protocal (they won't let me have legal work) Step I was filed on the 17th day of March and step II was filed on the 31st day of March (After no response) check Grievance included ;

III.

A). Under Texas Constitution Art. 1 (Sec). 9 Searches & Seizures The People shall be secure in their persons, house, papers And possession, from All unreasonable Seizures or Searches, And no warrant to Search Any place, or to seize Any person or thing, shall issuses without Describing them As near As may be, nor without probable cause, supported by oath or affirmation ; Also, under US Constitution Art. IV The states Section 1 Each State to Honor All others full faith and credit it shall be given in Each State to public Act's, Records, And judicial Proceedings of every other state. And the Congress may by general laws prescribe the Manner in which such Acts, Records and proceedings shall be proved, and the Effect thereof.

B). WARDEN's Cook's is the Superintendent of (Byrd Unit) He is legally responsible for the operation of (Byrd Unit) And for the walfare of All the inmates in that prison.

Appellant, Weylin Watford is And was at all time Mentioned herein A prisoner of the state of Texas in the custody of the Texas Department of Criminal Justice ICM, currently confined on Byrd Unit in Hustiville Texas.

III. (PRAYER FOR RELIEF)

Wherefore, Appellant respectfully prays that this Court Enter judgment granting Appellant Motion for Extension of time / Default

I declare under penalty of perjury that the foregoing is true And correct Excuted At Houston Tx Date : on the 1st day of April 2015

Weylin Watford

APPELLANT

# Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Wenlin Alford    TDCJ # 01980499

Unit: (Byrd Unit)    Housing Assignment: _____

Unit where incident occurred: _____

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? LT Garza / Sgt Poppitt    When? _____

What was their response? Nothing

What action was taken? NO

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On Date (Mar 04, 2015) I came from Harris County to (Byrd Unit) + in my possesion I had Alot of legal work. See, I currently have 2 case on Appeal + both paperwork / mainly my Lawyer Address Brief Ect... are in my so call property intake processing which is what I was told by the officer who check me in. See, I try to mail 5 man envu with Alot of other legal work from Harris County but as told by Dico Deputy Sheft that All property would folow me over to TDCJ (Byrd Unit) intake processing. I had no pichers on check all property + told me that I had 30 Day for those 5 Brief to be mailed on (because) lack of stamp each brief had atleast 5 stamp (27 total) 4 had 5 stamp and one had 7 stamp on it Anyway I've Put in I60 After I60 to property Room Mrs Franklin / mailroom who the mailroom lady came by + talk me about it. See, Now because I'm only over here to declassification of units so, honestly I aint going to need to really mail out the legal work Right away (atleast) not all of it Now I say that because I need Alot of that infor. (address paperwork / Brief Et...) Mainly cause I have two cases on Appeal (as I stated earlier) one of those cases I'm PRose (meaning) I self Representat ed Myself for the final few process of App. He (Lawyer) withdrawl himself from the cases (due proc ess) my us Const. Tex Const. Civil Rights I need that legal work Inorder to Start the process that I'm in App for my 1st case (Now) the 2nd case I have ~~because~~ App. Lawyer in which I've just gotten An letter from today (03/13/15) Fri. He in the letter Need (Also) certain Infor that I have to give Inorder to started the 1st process App. So, As you can See, I Need to Retrieve Alot of Infor that I have in those 5 man envu (not to ment on they were all closed from when I left from Harris Co (because) I tryed to mail out but as I stated earlier once here found out needed more stamp. (Guess) But Now I have found out (due to) time line of the process of Appeal on my 1st App case I have to start writing my Brief (I need Alot of that Infor out of some of those Brief) + time is not good unless I Do So. Since It's legal—

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| UGI Recd Date: _____ |
| HQ Recd Date: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID#: _____ |
| Extension Date: _____ |

**Offender Name:** Weylin Walford   **TDCJ #** 01980499

**Unit:** Byrd Unit   **Housing Assignment:** C-13-23-B

**Unit where incident occurred:** Byrd Unit

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

Number #five put in A Step 1 2 times + they (I guess) grie investergator keep sending my gries back in this truck mail Env. This the 2nd time so I send this to you'll, Now, to my understanding poicly was + is being vidated (under) Texas Department of Criminal Justice offender Orietation Hand Book As Approved by the Director of the Justice Correctional Institutions Division (Sec 11) Offender Personal Legal Material (Part A) Storage And Access 8 Offenders may Store their personal Legal Material in their Cells or dormitores in Accordance with AD-0372 Offender Property + Access 8 "Offender Legal Material (Sec) 1/2 Also (Sec) III when + where Legal work may be Performed (Part A) Locations + Times 1/2 (Then) Sec B Offender Asisting other offender on Legal Matters (Part) 1/2/3/4 Over All, After you'll Reading my Step I (which is include) who I filed again with Gries Broad on (Byrd Unit) who Also try to Explain that I was addressing one issue when I only Detailed from Day 1 to time I filed Step I Since then I've been pulled out my Cell for Interview Sysph. 2 + I spoke with A Mrs Richerson/Mrs Z who Explain to me that someone over the phone told them I need to tell them what I need to pull out the Env. + theres no way I can do that without atleast being Presented She (the property lady) wouldn't Know what to get (not to mention) give her stamp + poicly State She can't Read Legal (So How) just search through I need my Legal work for my self Representation (+ shouldn't be Denied Handbook I'm About to file Lawsuit + Acknowledge the Federal Court which I have my Lawsuit in If my property Don't be brought.

---

I-128 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix G

Weylin Walford TDCJ
FM21 247 Huntsville, TX 77320
(Byrd Unit) BED C-13-23-D

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

APR 7 2015

CHRISTOPHER A. PRINE
CLERK

(First Court of Appeals)
301 Fannin St.
Houston, TX 77002

7700220669

02 APR 2015 PM 5 L

_____

_____

_____

_____

_____

**Offender Signature:** _Wanda Mpol_     **Date:** 03 / 31 / 2015

**Grievance Response:**




**Signature Authority:**_____    **Date:**_____

**Returned because:**    *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted. ***

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.***

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**     **CGO Initials:** _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender:_____

**2nd Submission**     **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3rd Submission**     **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**I-128 Back** (Revised 11-2010)        **Appendix G**

work I should be allow to have. Also After put in I60 After I60 I talk to Sgt. Poppitt (03/13/15) felt told him (if I could) for him to call LT Garza + let him know what happening that He know Alot more About my situation He never gotten (Sgt) back with me but I DO understand it Does take time But I would hope that (you all) would take under consideration that my time live on the process of Appeal Doesn't stop because Im in IDC + not to mention that Im (Prose) meaning I self Represent on myself in this process of Appeal + it is up to me to put certain infor (Brief) in on time last, Just Acknowledgement I was going through certain issuse with my mail, personal interest on PDLCO Deputy/Sheriff Behalf Etc... (Wich) lead as far as a Civil Lawsuit on Harris County Sheriff Dpt (for) lack of PDLCO Deputy/Sheriff not followin procedure/protocal inside Federal Policy that is in the Federal Court (Now) I Also has lead As far as my Courtroom for the same (as well as) US/Tex Const. Rights

**Action Requested to resolve your Complaint.** — I need my property that has my legal work to start the process of Appeal Honestly I Don't want to have Filed lawsuit But I will if have too

**Offender Signature:** _Wun Walker_     **Date:** _03/17/2015_

**Grievance Response:**




**Signature Authority:** _____ **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

I-127 Back (Revised 11-2010)

Appendix F